[No. 8011–7–II.   Division Two.   October 14, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH E. JOHNSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 6363, Gary W. Velie, J., entered July 13, 1984. *Reversed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[No. 8337–0–II.   Division Two.   October 15, 1986.]

JOHN C. MCCARTHY, ET AL, *Appellants,* v. FIRST COMMUNITY BANK OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84–2–01059–0, Carol A. Fuller, J., entered November 26, 1984. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Hanley and Swayze, JJ. Pro Tem.

[No. 8428–7–II.   Division Two.   October 15, 1986.]

*In the Matter of the Marriage of* VIOLA MAE HANSEL, *Respondent, and* D. NORMAN HANSEL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 82–3–00865–3, James D. Ladley, J., entered December 31, 1984. *Dismissed* by unpublished opinion per Brachtenbach, J. Pro Tem., concurred in by Alumbaugh and Hanley, JJ. Pro Tem.